**Order filed August 27, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00556-CV

_____

**SALLY BLACKIE-SENGEL, STARRY SKIES RANCH, L.P., AND JO ARC RESOURCES, INC., Appellants**

**V.**

**RAY ADREJCZAK AND WALT SCHOENVOGEL ATLANTIS POOLSCAPES AND CUSTOM FLOORS OF BRENHAM, INC.,** Appellees

---

**On Appeal from the 335th District Court**
**Washington County, Texas**
**Trial Court Cause No. 36211**

---

## ORDER

This is an appeal from a judgment signed June 26, 2019. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-18-00517-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-19-00556-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Hassan.